Argued and submitted October 19, ballot title certified November 4, 1999

Steve DOELL,
*Petitioner,*

*v.*

Hardy MYERS,
Attorney General
for the State of Oregon,
*Respondent.*

(SC S46795)

988 P2d 390

John A. Bennett, of Bullivant Houser Bailey, P.C., Portland, argued the cause and filed the petition for petitioner.

Robert B. Rocklin, Assistant Attorney General, Salem, argued the cause for respondent. With him on the answering memorandum were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

PER CURIAM

**PER CURIAM**

This is a ballot title review proceeding brought under ORS 250.085(2). Petitioner is an elector who timely submitted written comments concerning the content of the Secretary of State's draft ballot title and who therefore is entitled to seek review of the ballot title certified by the Attorney General. *See* ORS 250.085(2) (setting that requirement).

We have considered each of petitioner's arguments concerning the ballot title certified by the Attorney General. We conclude that none establishes that the Attorney General's certified ballot title fails to comply with the standards for such ballot titles set out in ORS 250.035(2)(a) to (d). Accordingly, we certify to the Secretary of State the following ballot title:

AMENDS CONSTITUTION: RESTITUTION AND MANDATORY LIFE IMPRISONMENT WITHOUT PAROLE REPLACE DEATH PENALTY

RESULT OF "YES" VOTE: "Yes" vote abolishes death penalty, replaces with restitution and mandatory life imprisonment without parole.

RESULT OF "NO" VOTE: "No" vote retains death penalty, life with or without parole, as sentences for aggravated murder.

SUMMARY: Amends Oregon Constitution. Under current law, a jury determines whether someone convicted of aggravated murder is punished by death, life imprisonment without the possibility of parole, or life imprisonment with the possibility of parole after 30 years. Under proposed measure, such a person must be sentenced to life imprisonment without the possibility of release or parole; the death penalty would be abolished; and the person would have to provide restitution to the people of Oregon (by helping to pay incarceration costs) and the victim's heirs.

Ballot title certified. This decision shall become effective in accordance with ORAP 11.30(10).